UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY JOSEPH RIMOLDI, | ) | Case No. EDCV 09-1197 MMM(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| FERNANDO GONZALEZ, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: September 20, 2012

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE